UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10935-RWZ

JOHN McGEORGE,
*Plaintiff*

v.

DAGLE ELECTRICAL CONSTRUCTION CORP.,
*Defendant*

DIMEO CONSTRUCTION COMPANY,
*Defendant and Third-Party Plaintiff*

v.

CANATAL INDUSTRIES, INC.,
*Third-Party Defendant and Fourth-Party Plaintiff*

v.

BUILDERS RESOURCE, INC.,
and GREYSTONE EQUIPMENT, LLC.
*Fourth-Party Defendant*

ORDER
October 12, 2011

ZOBEL, D.J.

Third-party defendant/fourth-party plaintiff has moved, pursuant to Fed. R. Civ. P. 42(a), to consolidate this case with Canatal Industries, Inc. v. Illinois Union Insurance Company, Docket No. 11-11197, pending before Judge Woodlock.  Illinois Union opposes the motion because, it says, there are legal and factual differences between the two cases.

The McGeorge case is a straightforward personal injury claim by an employee of a subcontractor against the general contractor with third- and fourth-party claims for contribution and indemnity against other subcontractors and plaintiff's employer. Canatal Industries, Inc., the subcontractor for steel erection, is a third-party defendant and fourth-party plaintiff in that action. The Illinois Union case is a coverage dispute in which Canatal asserts a right as an additional insured against a policy issued to plaintiff's employer. I do not deem these two cases to raise common questions of law and fact, but there will certainly be overlapping discovery. Accordingly, the motion to consolidate is denied, and counsel in both cases shall cooperate to ensure that all discovery in both cases is coordinated to avoid duplication and achieve speedy resolution of both.

|   October 12, 2011   |            /s/Rya W. Zobel           |
|:-:|:-:|
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |